# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACI HOUSE, | Case No.: 2:17-cv-03086-MMD-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| STATE PUBLIC CHARTER SCHOOL AUTHORITY, | |
| Defendant(s). | |

Pending before the Court is a stipulation to continue the early neutral evaluation, Docket No. 15, which is **GRANTED**. The early neutral evaluation is hereby **CONTINUED** to 9:30 a.m. on September 12, 2018. Early neutral evaluation statements shall be submitted by 3:00 p.m. on September 5, 2018. All other requirements in Docket No. 12 continue to govern.

IT IS SO ORDERED.

Dated: August 6, 2018

Nancy J. Koppe
United States Magistrate Judge